UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN NIX,               )<br>                                )<br>           Plaintiff,      )<br>                                )<br>vs.                            )<br>                                )<br>UNITED STATES OF AMERICA,  )<br>                                )<br>           Defendant.    )<br>_____) | Case No. 2:13-cv-01305-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on the Government's Motion for Exception From Order Scheduling Settlement Conference (#27), filed on April 19, 2016. To date, no party has filed a response to this motion and the time for opposition has now expired.[1]

The Government requests that it be allowed to participate in the settlement conference set for Tuesday, May 3, 2016, "via the personal attendance of Assistant United States Attorney Patrick A. Rose and telephone participation by United States Postal Service Attorney Stanford M. Bjurstrom, who is based in St. Louis, Missouri" in lieu of the personal attendance requirement by a representative with binding settlement authority. The Court finds that the Government has provided sufficient good cause to justify such an exception. Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion for Exception From Order Scheduling Settlement Conference (#27) is **granted**.

DATED this 28th day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

---

[1] *See Minute Order (#28).*