# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN NIX, | Case No: 2:13-cv-01305-RFB-GWF |
| Plaintiff, | |
| v. | ~~Proposed~~ **ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This matter came before the Court on Defendant United States' Motion to Exclude Plaintiff's Late-Disclosed Document and Witness (ECF No. 37) ("Motion"), Plaintiff's opposition thereto (ECF No. 39), and the April 20, 2017 hearing attended by counsel of record for the parties. Having considered the matter,

**IT IS HEREBY ORDERED** that the Motion is **DENIED** in part as to excluding the "Timing Document" (as defined in the Motion) and witness Luke Smith of the City of Henderson, and the Motion is **GRANTED** in part as to reopening discovery.

**IT IS FURTHER ORDERED** that Plaintiff shall serve his final supplemental disclosure of documents, witnesses, and identity of a traffic expert witness, if any, by **May 22, 2017**.

**IT IS FURTHER ORDERED** that Plaintiff shall serve his traffic expert witness' written report, if any, by **July 6, 2017**.

**IT IS FURTHER ORDERED** that the United States shall serve its final supplemental disclosure of documents, witnesses, identity of and written report by its traffic expert witness, if any, by **July 26, 2017**.

**IT IS FURTHER ORDERED** that discovery cut off is set as **August 18, 2017**.

**IT IS FURTHER ORDERED** that a proposed joint pretrial order is due **August 25, 2017**.

**DATED:** June 6, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Approved as reflecting the Court's ruling at the April 20, 2017 hearing,

| | |
|---|---|
| STEVEN W. MYHRE<br>Acting United States Attorney | YAN KENYON |
| */s/ Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>*Attorneys for the United States* | */s/ Jay A. Kenyon*<br>JAY A. KENYON, ESQ.<br>7881 W. Charleston Blvd., Suite 165<br>Las Vegas, Nevada 89117<br>*Attorney for Plaintiffs* |

2