**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYAN NIX, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-01305-RFB-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on Defendant's Motion to Stay Submission of Proposed Joint Pretrial Order (ECF No. 52), filed on August 25, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay Submission of Proposed Joint Pretrial Order (ECF No. 52) is **granted**. The Court will reset the proposed pretrial order deadline once it rules on Defendant's pending Motion to Strike (#51).

DATED this 28th day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge