# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRYAN NIX,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 2:13-cv-01305-RFB-GWF

**ORDER**

This matter is before the Court on Plaintiff's Request to Continue Hearing (ECF No. 56), filed on September 5, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Request to Continue Hearing (ECF No. 56) is **granted**.

**IT IS FURTHER ORDERED** that the Motion Hearing on Defendant's Motion to Strike Late-Disclosed Damages (ECF No. 51) is rescheduled for **September 29, 2017 at 1:30 p.m.** in Las Vegas Courtroom 3A.

DATED this 6th day of September, 2017.

                                                  GEORGE FOLEY, JR.
                                                United States Magistrate Judge